# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Court No. 25-00164 |

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

　　　　　　　　　　　　　　　　　　　　Mario Toscano
　　　　　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　By:　/s/ Scott Warner
　　　　　　　　　　　　　　　　　　　Deputy Clerk


Date:  August 26, 2025
　　　　New York, New York